# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

**April 9, 2015**

Liberty Surplus Insurance Corporation v. Seabold Construction Company, Inc. (S062915). Alternative writ of mandamus issued.

Oregon State Hospital v. Butts (S063003). Alternative writ of mandamus issued.